IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 03-01146ESL

INDUSTRIAS AVICOLAS DE PUERTO RICO

Chapter 7

66-0351810

FILED & ENTERED ON 07/03/2013

Debtor(s)

### ORDER

The application for payment of unclaimed funds to claimant, filed by F.W. Mestre Equipment Co., for the amount of $8,777.70 (docket entry #681) is hereby granted. The Clerk shall disburse the amount of $8,777.70 to F.W. Mestre Equipment Co..

IT IS SO ORDERED.

San Juan, Puerto Rico, this 3rd day of July, 2013.

ENRIQUE S. LAMOUTTE INCLAN
U.S. Bankruptcy Judge